**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| ZAMBIA FORD, INDIVIDUALLY AND AS NEXT FRIEND FOR AND ON BEHALF OF D.P., A MINOR,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY, MONDELEZ INTERNATIONAL, INC., POST HOLDINGS, INC., THE COCA-COLA COMPANY, PEPSICO, INC., GENERAL MILLS, INC., NESTLE USA, INC., KELLANOVA, WK KELLOGG CO, MARS INCORPORATED, AND CONAGRA BRANDS, INC.,<br><br>Defendants. | Case No.: 3:26-cv-00077-JM<br><br>Hon. James M. Moody Jr. |

**DEFENDANTS' MOTION TO STAY**
**DISCOVERY AND INITIAL SCHEDULING ORDER**

Pursuant to the Court's inherent authority, and Federal Rule of Civil Procedure 16(b)(4), Defendants The Kraft Heinz Company, Mondelēz International, Inc.,[1] Post Holdings, Inc.,[2] The Coca-Cola Company, PepsiCo, Inc., General Mills, Inc., Nestlé USA, Inc., Kellanova, WK Kellogg Co, Mars Incorporated, and Conagra Brands, Inc. ("Defendants"), move the Court to stay discovery and the Initial Scheduling Order (Doc. No. 81) until after the Court has ruled on Defendants' pending Omnibus Motion to Dismiss (Doc. Nos. 77-78).

---

[1] The Parties agreed to future substitution of Defendant Mondelēz International, Inc. with Mondelēz Global LLC. (Doc. No. 76).

[2] Post Holdings, Inc. has moved to dismiss based on lack of personal jurisdiction, among other arguments. While it joins this motion, it does so without waiver of its personal jurisdiction argument.

In support of this Motion, the Defendants submit the following:

1. Brief in Support of Defendants' Motion to Stay Discovery and Initial Scheduling Order.

2. Exhibit A & B to Brief: *Lawton v. Kraft Heinz Co.*, No. 1:26-cv-00044-LG-RPM, (S.D. Miss. June 5, 2026), Doc. 111; *Muthusami v. Kraft Heinz Co.*, No. 6:26-cv-00113-JSS-NWH (M.D. Fla. Oct. 19, 2026), Doc. 125 (Text Order).

WHEREFORE, pursuant the Court's inherent authority, and Federal Rule of Civil Procedure 16(b)(4), the Defendants respectfully request that the Court stay discovery and the Initial Scheduling Order, including the Rule 26(f) deadlines and the proposed trial date, until after the Court has ruled on Defendants' pending Omnibus Motion to Dismiss.

Dated: October 26, 2026

Respectfully submitted,

/s/ *Jennifer H. Doan*
Jennifer H. Doan (96063)
Mariah L. Hornok (2020276)
HALTOM & DOAN
2900 St. Michael Drive, Suite 500
Texarkana, TX 75503
Tel: (903) 255-1000
jdoan@haltomdoan.com
mhornok@haltomdoan.com

Dane H. Butswinkas (*pro hac vice*)
Stephen D. Andrews (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
dbutswinkas@wc.com
sandrews@wc.com

/s/ *Scott Provencher*
Scott Provencher (96148)
Jessica P. Koehler (2015226)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Tel: (501) 371-0808
sprovencher@wlj.com
jkoehler@wlj.com

S. Jamal Faleel (*pro hac vice*)
Emily A. Ambrose (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Tel: (612) 321-2800
jamal.faleel@nortonrosefulbright.com
emily.ambrose@nortonrosefulbright.com

*Counsel for General Mills, Inc.*

*Counsel for Mars, Incorporated (improperly named as Mars Incorporated, Inc.) and Kellanova*

/s/ *James D. Robertson*
James D. Robertson (95181)
BARBER MUNSON
Allied Drive, Suite 1600
Little Rock, AR 72202
Tel: (501) 372-6175
jrobertson@barbermunson.com

Susanna Moldoveanu (2022099)
KIRKLAND & ELLIS LLP
150 3rd Avenue South, Suite 1220
Nashville, TN 37201
Tel: (629) 222-0119
susanna.moldoveanu@kirkland.com

Jessica Davidson (*pro hac vice forthcoming*)
Christopher Cox (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Jordan Michael Schwartz (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 389-3358
jordan.schwartz@kirkland.com

*Counsel for Mondelēz International, Inc.*

/s/ *Peter Shults*
Peter Shults (2019021)
Steven Shults (78139)
SHULTS LAW FIRM LLP
200 West Capitol Avenue, Suite 1600
Little Rock, AR 72201

/s/ *Steven W. Quattlebaum*
Steven W. Quattlebaum (84127)
John E. Tull III (84150)
Joseph R. Falasco (2002163)
Madison Dedrick (2025218)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Tel: (501) 379-1700
Fax: (501) 379-1701
quattlebaum@qgtlaw.com
jtull@qgtlaw.com
jfalasco@qgtlaw.com
mdedrick@qgtlaw.com

Andrew S. Tulumello (*pro hac vice*)
Arianna Scavetti (*pro hac vice*)
Joshua M. Wesneski (*pro hac vice*)
Claire Chapla (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000
drew.tulumello@weil.com
arianna.scavetti@weil.com
joshua.wesneski@weil.com
claire.chapla@weil.com

Brian G. Liegel (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Tel: (305) 577-3180
brian.liegel@weil.com

*Counsel for PepsiCo, Inc.*

/s/ *Graham C. Talley*
Graham C. Talley
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 W. Capitol Ave., Ste. 1800
Little Rock, AR 72201
Tel: 501 688-8853

Tel: (501) 375-2301
pshults@shultslaw.com
sshults@shultslaw.com

Sarah L. Brew (*pro hac vice*)
Tyler A. Young (*pro hac vice*)
Rory F. Collins (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South 7th Street, Suite 2200
Minneapolis, MN 55402
Tel: (612) 766-7470
Fax: (612) 766-1600
sarah.brew@faegredrinker.com
tyler.young@faegredrinker.com
rory.collins@faegredrinker.com

*Counsel for Post Holdings, Inc.*

/s/ *B.J. Walker*
Byron J. Walker (2002114)
Betsy Baker (2010128)
ROSE LAW FIRM,
a Professional Association
120 East Fourth Street
Little Rock, AR 72201
Tel: (501) 375-9131
bwalker@roselawfirm.com
bbaker@roselawfirm.com

Lauren Schultz Colton (*pro hac vice*)
Julie R. Schindel (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
lauren.colton@hlc.com
julie.schindel@hlc.com

*Counsel for Nestlé USA, Inc.*

gtalley@mwlaw.com

Dean N. Panos (*pro hac vice*)
John F. Ward Jr. (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60611
Tel: (312) 923-2765
dpanos@jenner.com
jward@jenner.com

*Counsel for WK Kellogg Co*

/s/ *Kevin A. Crass*
Kevin A. Crass (84029)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3522
Tel: (501) 376-2011
crass@fridayfirm.com

Michelle Ramirez (*pro hac vice*)
Morgan Branch (*pro hac vice*)
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
Tel: (312) 493 8582
Michelle.ramirez@sidley.com
mbranch@sidley.com

*Counsel for The Kraft Heinz Company*

/s/ *Michael P. Vanderford*
Michael P. Vanderford (93086)
ANDERSON, MURPHY & HOPKINS, L.L.P.
101 River Bluff Drive, Suite A
Little Rock, AR 72202
Tel: (501) 372-1887
Fax: (501) 372-7706
vanderford@amhfirm.com

Angela M. Spivey (*pro hac vice*)
Andrew G. Phillips (*pro hac vice*)
Jamie S. George (*pro hac vice*)

ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, GA 30309
Tel: (404) 881-7000
angela.spivey@alston.com
andrew.phillips@alston.com
jamie.george@alston.com

*Counsel for The Coca-Cola Company*

/s/ *Baxter D. Drennon*
Baxter D. Drennon (2010147)
HALL BOOTH SMITH, P.C.
200 River Market Ave., Suite 500
Little Rock, AR 72201
Tel: (501) 319-6996
bdrennon@hallboothsmith.com

Stephen McConnell (*pro hac vice*)
Heather Ritch Rocks (*pro hac vice*)
Michael Salimbene (*pro hac vice*)
REED SMITH LLP
Three Logan Square
1717 Arch Street
Philadelphia, PA 19103
Tel: (215) 851-8100
smcconnell@reedsmith.com
hritchrocks@reedsmith.com
msalimbene@reedsmith.com

*Counsel for Conagra Brands, Inc.*